IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JAMES M. PHILLIPS,

    Plaintiff,

v.                                  Civil Action No. 5:07CV33
                                       (STAMP)
A&B EXTREME, INC. d/b/a
XTREME SUZUKI,

    Defendant and
    Third-Party Plaintiff,

v.

AMERICAN SUZUKI MOTOR CORPORATION,

    Third-Party Defendant.

## ORDER SCHEDULING STATUS AND SCHEDULING CONFERENCE

On August 6, 2007, the third party defendant, American Suzuki Motor Corporation, filed a motion to amend scheduling order in the above-styled civil action. This Court finds that it would be beneficial to conduct a status and scheduling conference to address this motion. Accordingly, it is ORDERED that the parties appear for a status and scheduling conference on **August 16, 2007 at 3:30 p.m.** in the chambers of Judge Frederick P. Stamp, Jr., Federal Building, Twelfth and Chapline Streets, Wheeling, West Virginia 26003.

The Court will permit those out-of-town attorneys having their offices further than forty miles from the point of holding court to participate in the conference by telephone. However, any such attorney shall advise the Court at least three working days prior to the conference of his or her intention to participate by

telephone and shall (1) inform all counsel and any pro se parties of his or her appearance by telephone; (2) confer with other out-of-town attorneys and any pro se parties to determine if they wish to appear by telephone; (3) advise the Court of the name of the attorney who will initiate the conference call and all such attorneys appearing by telephone; and (4) initiate a timely conference telephone call with such attorneys to the Court at 304/233-1120 at the time of the scheduled conference.  If the attorneys cannot reach agreement as to the initiator of the call, the Court will make that determination.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    August 10, 2007

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE